No. 07-14-00398-CV

| | | |
|---|---|---|
| Expelled Grain Products, LLC and Scott Theiring<br>  Appellants | §<br><br>§ | From the 64th District Court<br>  of Castro County<br><br>August 17, 2016 |
| v. | § | |
| | | Opinion by Justice Pirtle |
| Corn Mill Enterprises, LLC<br>  Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated August 17, 2016, it is ordered, adjudged and decreed that the judgment of the trial court be reversed as to the award of attorney's fees and remanded to the trial court for a redetermination of attorney's fees consistent with this opinion and that, in all other respects, the judgment of the trial court be affirmed.

It is further ordered that appellants pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o